# EXHIBIT A

# MERCEDES TERRELL, JESSIE GOLDEN





**Chicas Cabaret**
Like This Page · October 28, 2016

DONT FORGET! Tomorrow only at Chicas Cabaret, your official Halloween after hours party! $300 in ones, a bottle of ciroc and a crown apple bottle to the costumer with best costume! 9924 north freeway See you here! — at Chicas Cabaret.



Search

Log in  Sign Up



chicascabaret • Follow



**chicascabaret** It's finally here!! Tonight only at Chicas Cabaret, your official Halloween after party! $300 in ones, 1 bottle of Ciroc and a bottle of crown apple for the customer with the best costume! 9924 north freeway 77037 GET HERE!!

**25 likes**

OCTOBER 29, 2016

Log in to like or comment.

# MERCEDES TERRELL, JESSIE GOLDEN

© 2018 INSTAGRAM

ABOUT US  SUPPORT  BLOG  PRESS  API  JOBS  PRIVACY  TERMS  DIRECTORY  PROFILES  HASHTAGS  LANGUAGE