# EXHIBIT B

# IRINA VORONINA, SARA UNDERWOOD

 chicascabaret · Follow



**chicascabaret** Costume contest at Chicas tonight! Giving away $1000! Everyone welcome!!

12 likes

OCTOBER 28, 2017

Log in to like or comment.

Search

Log In  Sign Up