# EXHIBIT C

# JESSICA BURCIAGA





**Chicas Cabaret**
Like This Page · May 11, 2015 ·

ESTA NOCHE VEN Y DISFRUTAR UNA NOCHE ESPECIALMENTE POR NOS LATINOS!!! EN VIVO DESDE MEGA 101, DJ GERALDO EN LA MEZCLA,TOCANDO SUS CANCIONES FAVORITA Y TODAS LAS CHICAS BELLAS QUE TE DESEAS!!!!

See Translation

Chicas Cabaret
9924 N Freeway
Houston, TX 77036

