# EXHIBIT D



Brooke Banx