# EXHIBIT E

Rosa Acosta

