United States Courts
Southern District of Texas
FILED
March 10, 2022
Nathan Ochsner, Clerk of Court

# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 10, 2022
Lyle W. Cayce
Clerk

No. 21-20651

MERCEDES TERRELL; JESSICA GOLDEN, *also known as* JESSE GOLDEN; SARA UNDERWOOD; JESSICA BURCIAGA; IRINA VORONINA; BROOKE MARRIN, *also known as Brooke Banx*; ROSA ACOSTA,

*Plaintiffs—Appellants,*

*versus*

CHICAS ENTERTAINMENT, L.L.C., *doing business as* CHICAS CABARET,

*Defendant—Appellee.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CV-277

Before SMITH, HIGGINSON, AND WILLETT, *Circuit Judges.*

PER CURIAM:

We must always examine the basis of our jurisdiction, on our own motion if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir. 2000). In this Lanham Act case, the district court dismissed multiple claims

No. 21-20651

on November 4, 2021, but left other claims against Defendant pending. Plaintiffs filed a notice of appeal from that order.

We have jurisdiction over appeals from final decisions of the district courts. 28 U.S.C. § 1291. But when an action involves multiple parties or claims, as in this case, an order dismissing some of the claims or defendants is final for appellate purposes only if the district court has made an express determination that there is no just reason for delay and an express direction for the entry of judgment, *see* Fed. R. Civ. P. 54(b), or certifies the case for immediate appeal pursuant to 28 U.S.C. § 1292(b). Here, the district court dismissed some claims but left other claims against Defendant pending. It did not enter the certification required by either Rule 54(b) or § 1292(b). Thus, the notice of appeal that was filed—before all claims and all parties were disposed of—is premature. We therefore lack jurisdiction over this appeal, and it must be dismissed. *See Borne v. A&P Boat Rentals No. 4, Inc.*, 755 F.2d 1131, 1133 (5th Cir. 1985).

Accordingly, the appeal is DISMISSED for want of jurisdiction.

2

# *United States Court of Appeals*

### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 10, 2022

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

      No. 21-20651   Terrell v. Chicas Entmt
              USDC No. 4:21-CV-277

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

                Sincerely,

                LYLE W. CAYCE, Clerk

                *Christina Rachal*

                By:
                Christina C. Rachal, Deputy Clerk
                504-310-7651

cc:
      Mr. Dennis Curt Postiglione
      Mr. Casey T. Wallace