IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MERCEDES TERRELL; JESSICA 'JESSE' GOLDEN; SARA UNDERWOOD; JESSICA BURCIAGA; IRINA VORONINA; BROOKE MARRIN a/k/a BROOKE BANX; and ROSA ACOSTA,**<br><br>Plaintiffs,<br><br>- against -<br><br>**CHICAS ENTERTAINMENT, LLC d/b/a CHICAS CABARET**<br><br>Defendant. | Case No. 4:21-cv-00277<br><br>**ALL PARTIES' STIPULATION AND JOINT MOTION TO CONTINUE DOCKET CALL AND MOTION FOR MAGISTRATE SETTLEMENT CONFERENCE** |

**ALL PARTIES' STIPULATION AND JOINT MOTION TO CONTINUE DOCKET CALL AND MOTION FOR MAGISTRATE SETTLEMENT CONFERENCE**

**I.
BACKGROUND**

1.  On April 23, 2024, this Court entered an order granting Defendant's then counsel, Casey Wallace with Wallace Allen's, motion to withdraw as counsel. (Doc. 48). Plaintiffs then moved for default. On October 7, 2024, this Court granted entry of that default. (Doc. 52). Defendant then hired new Counsel, Edward Paltzik, of Bochner, PLLC. Counsel conferred multiple times and filed its Joint Discovery/Case Management Plain on November 15, 2024. (Doc 58). On February

1

12, 2025, this Court entered an order resetting this matter for docket call on March 11, 2025. (Doc.59).

2. Since Mr. Paltzik was hired, the parties have worked together collegially. They engaged in meaningful settlement discussions. The parties have made significant progress but have not reached an agreement.

3. There is another similar matter in Florida, Case No.: 22-CA-009332 *Gaxiola, et al. v. Club Hefe, Inc., Et Al.,* pending in the Circuit Court of the 13th Judicial District in and for Hillsborough County, Florida pending. The owner of Chicas, Robert Harrison, also owns the defendant entity in Florida and is represented by Bochner, PLLC there as well. The parties have worked to narrow settlement amounts by including both clubs in the discussion. Again, a lot of progress has been made, but no deal has yet been finalized.

4. The parties have also agreed to minimize case expenses because Defendant represented that it lacks insurance in this and the Florida matter.

5. The parties need additional time to continue these discussions considering the lack of insurance for the Defendant, new counsel, and the significant progress made over the past few weeks. The parties believe that a Magistrate Settlement Conference would be the best way to bridge the relatively small settlement gap.

6. The current docket call is March 11, 2025, in person, at 10:30 a.m. The Parties have agreed that moving that deadline and ordering the parties to a settlement

conference provides the best, least expensive chance at moving this matter to settlement.

7.　In light of the above circumstances, the Parties have conferred regarding the continuation of the docket conference for at least 35 days so that a settlement conference can occur, and the discussions can bear fruit. All parties are in agreement.

## II.
## JOINT MOTION TO CONTINUE DOCKET CALL

8.　The parties propose the following extension of time for the following deadlines:

| Event | Current Deadline | New Proposed Deadline |
|---|---|---|
| **DOCKET CALL** | March 11, 2025 | April 22, 2025 |

9.　All Parties pray that this Court grant their Joint Motion and enter an order moving the deadline accordingly. All Parties pray that this Court enter an order for a Magistrate Settlement Conference to occurred within the next 30 days. Defendant requests a Zoom or a similar platform appearance for that conference and Plaintiff is unopposed to that request as long as a decision maker for Defendant is also present on Zoom or a similar platform.

# III.
# STIPULATION

10. Pursuant to Rule 29 of the Federal Rules of Civil Procedure, the parties have agreed that the docket conference should be moved accordingly and that a Magistrate Settlement Conference should occur in the next 30 days. The parties stipulate that the extension of these deadlines will not interfere with the time set for completing discovery or for any proceedings in the case.

Dated: March 6, 2025

**THE CASAS LAW FIRM, P.C.**

*/s/Dennis C. Postiglione*

_____
Dennis C. Postiglione
SBN: 24041711
The Casas Law Firm, P.C.
607 E. Blanco Road, 1724
Boerne, Texas 78006
Phone: 512-806-7699
Email:  dennis@talentrights.law

**Attorneys for Plaintiffs**

And

*/s/ Edward Andrew Paltzik*

_____
Bochner PLLC
Edward Andrew Paltzik, Esq.
State Bar No. 24140402
1040 Avenue of the Americas, 15th Fl.
New York, NY 10018
edward@bochner.law

**Attorneys for Defendant**

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on March 4, 5, and 6, 2025, I spoke to counsel for Defendant, Edward Paltzik, and he and I came to an agreement on the new deadline and agreed that the above motion would be filed jointly under electronic signatures as agreed to by all Parties.

/s/Dennis C. Postiglione

_____
Dennis C. Postiglione

**THE CASAS LAW FIRM, P.C.**

/s/Dennis C. Postiglione

By:_____
Dennis C. Postiglione
State Bar No.: 24041711
The Casas Law Firm, P.C.
607 E. Blanco Road, #1724
Boerne, Texas 78006
dennis@talentrights.law

**Attorney for Plaintiffs**

## CERTIFICATE OF CONFERENCE

I certify that on May 15, 2021, pursuant to this Court's procedures, I conferred with Defendant's counsel, Casey Wallace, regarding this Joint Motion to Amend the Scheduling Order. After his review of Plaintiffs' First Amended Complaint he and I are unable to resolve the issues addressed in his Second Motion to Dismiss and the above response.

/s/Dennis C. Postiglione
_____
Dennis C. Postiglione

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March 2025, I electronically served the forgoing document with the on counsel via the Court's ECF system and via email to counsel below.

Bochner PLLC
Edward Andrew Paltzik, Esq.
State Bar No. 24140402
1040 Avenue of the Americas, 15th Fl.
New York, NY 10018
edward@bochner.law

**ATTORNEYS FOR DEFENDANTS**

/s/Dennis C. Postiglione
_____
Dennis C. Postiglione

_____